UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

**UNSEALING ORDER**

v.

25 Cr. 503

BRADLEY HEPPNER,

Defendant.

Upon the application of the United States, by the United States Attorney for the Southern

District of New York, Jay Clayton, by Assistant United States Attorney Daniel G. Nessim;

It is found that the Indictment in the above-captioned case is currently sealed and the United

States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules

for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that

Judge Garnett is recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain

unsealed pending further order of the Court.

Dated:    New York, New York
          November 4, 2025

HONORABLE HENRY J. RICARDO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK