UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br>                    Defendant. | No. 1:25-CR-00503-JSR |

      PLEASE TAKE NOTICE that upon the accompanying Omnibus Memorandum of Law and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Jed. S. Rakoff, in the Southern District of New York, for an Order to (i) strike Paragraphs 3, 4, 10, 11, 13(a), and 15 from Count One of the Indictment pursuant to Federal Rule of Criminal Procedure 7(d); (ii) dismiss Counts One, Two, and Three of the Indictment as duplicitous; (iii) dismiss Count Two of the Indictment for failure to state an offense; (iv) dismiss Count Four of the Indictment for failure to state an offense and because the limitations period has elapsed, and (v) dismiss Count Five of the Indictment for failure to properly allege venue.

Respectfully submitted,

Dated: February 6, 2026         By:  /s/ Benjamin A. O'Neil
                                     Benjamin A. O'Neil
                                     Robert Zink
                                     Fritz Scanlon
                                     QUINN EMANUEL URQUHART
                                     & SULLIVAN, LLP
                                     555 13th Street NW, Suite 600
                                     Washington, DC 20005
                                     (202) 538-8151
                                     benoneil@quinnemanuel.com
                                     robertzink@quinnemanuel.com
                                     fritzscanlon@quinnemanuel.com

                                     Christopher J. Clore
                                     295 5th Avenue, 9th Floor
                                     New York, NY 10016
                                     (212) 849-7000
                                     christopherclore@quinnemanuel.com

                                     *Counsel for Defendant Bradley Heppner*