UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRADLEY HEPPNER,

Defendant.

No. 1:25-CR-00503-JSR

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Omnibus Motion *in Limine* and the exhibits attached thereto, the undersigned will move this Court, before the Honorable Jed. S. Rakoff, in the Southern District of New York, for an Order to:

1. Exclude evidence relating to:

   a. certain entries on the Government's exhibit list that constitute inadmissible hearsay;

   b. alleged losses to GWG's bondholders;

   c. inadmissible evidence that the Government intends to introduce under Rule 404(b); and

2. Limit evidence relating to (a) false statements to auditors and (b) falsifying board minutes to Count 4 and Count 5, respectively.

3. Admit certain statements made to Mr. Heppner for a non-hearsay purpose, namely to show his state of mind.

4. Require the Government to elect which theory of fraud it will pursue in Counts 2 and 3, or, in the alternative, directing that a special verdict form be used to ensure jury unanimity and to permit a just sentencing calculation.

1

Respectfully submitted,

Dated:  April 7, 2026

By:   */s/  Benjamin A. O'Neil*
Benjamin A. O'Neil
Robert Zink
Fritz Scanlon
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20005
(202) 538-8151
benoneil@quinnemanuel.com
robertzink@quinnemanuel.com
fritzscanlon@quinnemanuel.com

Christopher J. Clore
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
christopherclore@quinnemanuel.com

*Counsel for Defendant Bradley Heppner*