# Flow of Funds: BEN to HCLP

## June 3, 2019 to December 31, 2021

Ben Cap Co. → **$121M** → HCLP Nominees → **$128M** → HCLP Credit → **$128M** → HCLP



**Defendant's Exhibit**
**DX-3001**
25 Cr. 503 (JSR)

**Sources:** DX 1127 to DX 1129 (HCLP GL 2019-2021), DX 1197 to DX 1199 (HCLP Credit LLC GL 2019-2021), DX 1203 to DX 1205 (HCLP Nominees LLC GL 2019 to 2021).

# Heppner Affiliates Borrowing from HCLP



**June 3, 2019 to December 31, 2021**

HCLP

Due from BKHFT
**$35.8M**

BKH Family Trust

Due from HFHT
**$60.3M**

Family Home Trust

Due From BKHFT
**$58.8M**

Line of Credit
**$76.1M**

HRA

Contribution HRA
**$63.6M**

Bradley Capital

**Sources:** DX 1127 to DX 1129 (HCLP GL 2019-2021), DX 1197 to DX 1199 (HCLP Credit LLC GL 2019-2021), DX 1203 to DX 1205 (HCLP Nominees LLC GL 2019 to 2021). DX 1372 to DX 1374 (TBKHFT (BKH Family Trust) GL 2019 to 2021). DX 1093 to DX 1095 (BCC GL 2019-2021).

# Satisfaction of Debts



**Sources:** DX 1127 to DX 1129 (HCLP GL 2019-2021), DX 1197 to DX 1199 (HCLP Credit LLC GL 2019-2021), DX 1203 to DX 1205 (HCLP Nominees LLC GL 2019 to 2021), DX 1294 to DX 1296 (EBO LP GL 2019 to 2021. DX 1372 to DX 1374 (TBKHFT (BKH Family Trust) GL 2019 to 2021).