# Senior Lender Relationship Disclosure (1 of 2)

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 1 | 412 | GWG 12/31/18 Form 10-K | **HCLP identified as Senior Lender and associated with Brad K. Heppner.**<br><br>**Disclosure of the independent Special Committee's negotiation and approval of loan.** |
| 2 | 414 | GWG 03/31/19 Form 10-Q | **HCLP identified as Senior Lender and associated with Brad K. Heppner.**<br><br>**Disclosure of the independent Special Committee's negotiation and approval of loan.** |
| 3 | 415 | GWG 06/30/19 Form 10-Q | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.** |
| 4 | 417 | GWG 09/30/19 Form 10-Q | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.** |
| 5 | 420 | GWG 12/31/19 Form 10-K | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.**<br><br>**HCLP not considered a related party to GWG and BEN.** |
| 6 | 424 | GWG 03/31/20 Form 10-Q | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.** |
| 7 | 430 | GWG 06/30/20 Form 10-Q | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.** |
| 8 | 428 | GWG 07/06/20 Schedule 14C – Preliminary Information Statement | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.**<br><br>**HCLP not considered a related party to GWG and BEN.** |

Defendant's Exhibit
DX-3000
25 Cr. 503 (JSR)

# Senior Lender Relationship Disclosure (2 of 2)

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 9 | 428 | GWG 07/06/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and Senior Lenders **associated with Brad K. Heppner.**<br><br>Disclosure of the independent Special Committee's negotiation and approval of loan. |
| 10 | 433 | GWG 08/17/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and associated with **BEN's Founder/GWG's Chairman.**<br><br>HCLP not considered a related party to GWG and BEN. |
| 11 | 433 | GWG 08/17/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and Senior Lenders **associated with Brad K. Heppner.**<br><br>Disclosure of the independent Special Committee's negotiation and approval of loan. |
| 12 | 439 | GWG 12/31/20 Form 10-K | HCLP identified as Senior Lender.<br><br>Disclosure of the independent special committee's negotiation and approval of loan. |
| 13 | 442 | GWG 11/16/21 Schedule 14A – Definitive Proxy Statement | HCLP identified as Senior Lender.<br><br>Disclosure of the independent special committee's negotiation and approval of loan. |

## Subsequent Events

### LiquidTrust Promissory Note

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. The Senior Lenders are directly or indirectly associated with Brad K. Heppner, who is Chairman of the Company's Board of Directors.

A special committee of the Board of Directors of the Company (the "Special Committee") composed solely of independent and disinterested directors of the Company, together with the assistance of its independent legal advisors, reviewed, negotiated and approved the terms of the Loan.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 1 | 412 | GWG 12/31/18 Form 10-K | HCLP identified as Senior Lender and associated with Brad K. Heppner.<br><br>Disclosure of the independent Special Committee's negotiation and approval of loan. |
| 2 | 414 | GWG 03/31/19 Form 10-Q | HCLP identified as Senior Lender and associated with Brad K. Heppner.<br><br>Disclosure of the independent Special Committee's negotiation and approval of loan. |

## (6) Financing Receivables from Affiliates

*Promissory Note*

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. The Senior Lenders are directly or indirectly associated with one of Beneficient's founders, who is also Chairman of the Company's Board of Directors.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 3 | 415 | GWG 06/30/19 Form 10-Q | HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman. |
| 4 | 417 | GWG 09/30/19 Form 10-Q | HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman. |

## (8) Financing Receivables from Affiliates

### *Promissory Note-LiquidTrusts*

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP. The Senior Lenders are directly or indirectly associated with one of Beneficient's founders, who is also Chairman of the Company's Board of Directors. HCLP is not considered a related party of GWG Holdings or Beneficient.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 5 | 420 | GWG 12/31/19 Form 10-K | HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.<br><br>HCLP not considered a related party to GWG and BEN. |

## (6) Loans Receivable

### Promissory Note-LiquidTrusts

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to HCLP Nominees, L.L.C. ("HCLP"), as Senior Lender) and events of default. HCLP is indirectly associated with one of Beneficient's founders, who is also Chairman of the Board of Directors of GWG Holdings.

| No. | Def. Ex. | Form | Description |
|-----|----------|------|-------------|
| 6 | 424 | GWG 03/31/20 Form 10-Q | HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman. |
| 7 | 430 | GWG 06/30/20 Form 10-Q | HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman. |

## (8) Financing Receivables from Affiliates

### *Promissory Note-LiquidTrusts*

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP. The Senior Lenders are directly or indirectly associated with one of Beneficient's founders, who is also Chairman of the Company's Board of Directors. HCLP is not considered a related party of GWG Holdings or Beneficient.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 8 | 428 | GWG 07/06/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and associated with **BEN's Founder/GWG's Chairman.**<br><br>HCLP not considered a related party to GWG and BEN. |

### Transactions with Related Persons

#### Promissory Note with Certain LiquidTrusts

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP. The Senior Lenders are directly or indirectly associated with Brad K. Heppner, who is Chairman of the Company's Board of Directors. HCLP is not considered a related party of GWG or Beneficient.

A special committee of the Board of Directors of the Company (the "Special Committee") composed solely of independent and disinterested directors of the Company, together with the assistance of its independent legal advisors, reviewed, negotiated and approved the terms of the Loan. The foregoing description of the Promissory Note is qualified in its entirety by reference to the full and complete terms of the Promissory Note, which is incorporated by reference as Exhibit 10.24 to this Report.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 9 | 428 | GWG 07/06/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and Senior Lenders **associated with Brad K. Heppner.** <br><br> Disclosure of the independent Special Committee's negotiation and approval of loan. |

## (8) Financing Receivables from Affiliates

*Promissory Note-LiquidTrusts*

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP. The Senior Lenders are directly or indirectly associated with one of Beneficient's founders, who is also Chairman of the Company's Board of Directors. HCLP is not considered a related party of GWG Holdings or Beneficient.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 10 | 433 | GWG 08/17/20 Schedule 14C – Preliminary Information Statement | **HCLP identified as Senior Lender and associated with BEN's Founder/GWG's Chairman.**<br><br>**HCLP not considered a related party to GWG and BEN.** |

Case 1:25-cr-00503-JSR    Document 61-2    Filed 05/04/26    Page 10 of 18

## Transactions with Related Persons

### *Promissory Note with Certain LiquidTrusts*

The Loan is unsecured and is subject to certain covenants (including a restriction on the incurrence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP. The Senior Lenders are directly or indirectly associated with Brad K. Heppner, who is Chairman of the Company's Board of Directors. HCLP is not considered a related party of GWG or Beneficient.

A special committee of the Board of Directors of the Company (the "Special Committee") composed solely of independent and disinterested directors of the Company, together with the assistance of its independent legal advisors, reviewed, negotiated and approved the terms of the Loan. The foregoing description of the Promissory Note is qualified in its entirety by reference to the full and complete terms of the Promissory Note, which is incorporated by reference as Exhibit 10.24 to this Report.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 11 | 433 | GWG 08/17/20 Schedule 14C – Preliminary Information Statement | HCLP identified as Senior Lender and Senior Lenders associated with Brad K. Heppner.<br><br>Disclosure of the independent Special Committee's negotiation and approval of loan. |

# Senior Lender Relationship Disclosure:
# GWG 2020 Form 10K and November 2021 14A

## Transactions with Related Persons

### Promissory Note with Certain ExAlt Trusts

The Loan was unsecured and was subject to certain covenants (including a restriction on the incurence of any indebtedness senior to the Loan other than existing senior loan obligations to each of HCLP Nominees, L.L.C. ("HCLP") and Beneficient Holdings, Inc. ("BHI", and together with HCLP, the "Senior Lenders"), as lenders) and events of default. At the time Beneficient was consolidated, all existing senior loan obligations were held by HCLP.

A then constituted special committee of the Board of Directors of GWG Holdings composed solely of independent and disinterested directors of GWG Holdings, together with the assistance of its independent legal advisors, reviewed, negotiated and approved the terms of the Loan as well as the terms of the repayment.

| No. | Def. Ex. | Form | Description |
|-----|----------|------|-------------|
| 12 | 439 | GWG 12/31/20 Form 10-K | HCLP identified as Senior Lender.<br><br>Disclosure of the independent special committee's negotiation and approval of loan. |
| 13 | 442 | GWG 11/16/21 Schedule 14A – Definitive Proxy Statement | HCLP identified as Senior Lender.<br><br>Disclosure of the independent special committee's negotiation and approval of loan. |

# HCLP Nominees as Related Party Disclosure

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 1 | 408 | GWG 11/09/18 Schedule 14C – Preliminary Information Statement | HCLP **affiliate of BEN** |
| 2 | 402 | GWG 12/03/18 Schedule 14C – Preliminary Information Statement | HCLP **affiliate of BEN** |
| 3 | 409 | GWG 12/06/18 Schedule 14C – Definitive Information Statement | HCLP **affiliate of BEN** |
| 4 | 439 | GWG 12/31/20 Form 10K | HCLP indirect subsidiary of Highland Consolidated, L.L.C.<br><br>Long-standing lending and investment relationship of 25 years **between Highland and BEN Founder** |
| 5 | 442 | GWG 11/16/21 Schedule 14A – Definitive Proxy Statement | HCLP indirect subsidiary of Highland Consolidated, L.L.C.<br><br>Long-standing lending and investment relationship of 25 years **between Highland and BEN Founder** |

## 11.    Related Parties

*Relationship with HCLP Nominees, L.L.C. and Highland Consolidated, L.P.*

BCC is the borrower of up to $146 million under Old Loan Agreements entered into December 23, 2005, and refinanced on September 1, 2017, with HCLP Nominees, L.L.C., a Delaware limited liability company affiliated with Beneficient Holdings, Inc. as noted in Note 7. As of June 1, 2018, $121.6 million of debt, including paid-in-kind interest was outstanding. During the five months ended May 31, 2018, BEN repaid a $1.5 million short term payable with HCLP Nominees, L.L.C.  This payable was reflected in Other Liabilities in the Consolidated Statements of Financial Condition as of December 31, 2017.

Highland Consolidated, L.P., a Delaware limited partnership controlled by affiliates of BEN, including our founder, contributed certain of its alternative assets to BEN in return for $10,000 of Class S Ordinary Units.

| No. | Def. Ex. | Form | Description |
|-----|----------|------|-------------|
| 1 | 408 | GWG 11/09/18 Schedule 14C – Preliminary Information Statement | HCLP **affiliate of BEN** |
| 2 | 402 | GWG 12/03/18 Schedule 14C – Preliminary Information Statement | HCLP **affiliate of BEN** |
| 3 | 409 | GWG 12/06/18 Schedule 14C – Definitive Information Statement | HCLP **affiliate of BEN** |

## (20) Related Parties

*HCLP Nominees, LLC*

During the years ended December 31, 2020 and 2019, GWG Holdings invested $130.2 million and $79.0 million, respectively, of cash into equity investments in Beneficient. During this same period, Beneficient made payments to HCLP, its Senior Lender, totaling $144.6 million in principal and interest on the First and Second Lien Credit Agreements. The First Credit Agreement was issued in 2017, while the Second Lien Credit Agreement was issued in 2018. HCLP is an indirect subsidiary of Highland Consolidated, L.L.C. ("Highland").

A long-standing lending and investment relationship of 25 years exists between Highland (and its affiliates or related parties), on the one hand, and certain trusts and entities held by such trusts that are controlled by Ben Founder ("Ben Founder Affiliates"), on the other. From time to time, Highland or its affiliates have advanced funds under various lending and investing arrangements to the Ben Founder Affiliates, and such Ben Founder Affiliates have made repayments to Highland or its affiliates, as applicable, both in cash and in kind.

Such loans to and investments with or in the Ben Founder Affiliates have been and may be made by Highland, or its affiliates, as applicable, using proceeds from loan repayments made by Beneficient to HCLP in its capacity as Senior Lender to Beneficient, with such loan repayments made potentially using cash from GWG Holdings' and GWG Life's investments in Beneficient. Such loans and investments have ranged between no outstanding balance and $104.0 million.

As of June 30, 2021, Highland and the applicable Ben Founder Affiliates mutually agreed to satisfy all obligations under all outstanding loans among Highland and the Ben Founder Affiliates via full payment and satisfaction of the existing loan balances (the "Loan Balances") by in-kind real property transfers (the "In-Kind Property Payment") from certain of the Ben Founder Affiliates to Highland. The terms of the In-Kind Property Payment grants Highland the right to transfer the real property that was transferred pursuant to the In-Kind Property Payment back to certain of the Ben Founder Affiliates, in exchange for a Preferred Series A Subclass 1 capital account balance in BCH in an amount equal to the Loan Balances, with such exchange to be satisfied from existing Preferred Series A Subclass 1 Unit Accounts that are held by such Ben Founder Affiliates. As of June 30, 2021, neither Highland nor any of its affiliates has any outstanding loans or investments with or in any Ben Founder Affiliates.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 4 | 439 | GWG 12/31/20 Form 10K | **HCLP indirect subsidiary of Highland Consolidated, L.L.C.**<br><br>**Long-standing lending and investment relationship of 25 years between Highland and BEN Founder** |
| 5 | 442 | GWG 11/16/21 Schedule 14A – Definitive Proxy Statement | **HCLP indirect subsidiary of Highland Consolidated, L.L.C.**<br><br>**Long-standing lending and investment relationship of 25 years between Highland and BEN Founder** |

# Disclosure of BEN Lien Credit Agreements

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 1 | 439 | GWG 12/31/20 Form 10-K | HCLP is indirectly **associated with Ben Founder.**<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |
| 2 | 440 | GWG 03/31/21 Form 10-Q | HCLP is indirectly **associated with Ben Founder**.<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |
| 3 | 441 | GWG 06/30/21 Form 10-Q | HCLP is indirectly **associated with Ben Founder.**<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |
| 4 | 443 | GWG 09/30/21 Form 10-Q | HCLP is indirectly **associated with Ben Founder.**<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |

### Debt Due to Related Parties

#### Beneficient First and Second Lien Credit Agreement

Beneficient's Second Lien Credit Agreement was originally issued to BHI, a Ben Founder Affiliate. During 2019, the Second Lien Credit Agreement was contributed to HCLP and thus, all existing senior loan obligations are held by HCLP as of December 31, 2020 and 2019. Future transactions between these parties are more fully described in Note 20.

HCLP is indirectly associated with Ben Founder. Further, an indirect parent entity of HCLP had loans outstanding to Ben Founder Affiliates as of December 31, 2020. Neither GWG Holdings nor Beneficient are a party to these loans, nor have they secured or guaranteed the loans. See Note 20 for further discussion of the relationship between HCLP and Ben Founder.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 1 | 439 | GWG 12/31/20 Form 10-K | HCLP is indirectly **associated with Ben Founder.**<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |

# Disclosure of BEN Lien Credit Agreements: GWG Q1 2021 Form 10Q

## Debt Due to Related Parties

### Beneficient First and Second Lien Credit Agreement

Beneficient's Second Lien Credit Agreement was originally issued to BHI, a Ben Founder Affiliate. "Ben Founder Affiliates" are defined as certain trusts and those entities held by such trusts that are controlled by Ben Founder. During 2019, the Second Lien Credit Agreement was contributed to HCLP and thus, all existing senior loan obligations are held by HCLP as of March 31, 2021 and December 31, 2020.

HCLP is indirectly associated with Ben Founder. Further, an indirect parent entity of HCLP had loans outstanding to Ben Founder Affiliates as of December 31, 2020.

| No. | Def. Ex. | Form | Description |
|-----|----------|------|-------------|
| 2 | 440 | GWG 03/31/21 Form 10-Q | HCLP is indirectly **associated with Ben Founder**.<br><br>An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates. |

Case 1:25-cr-00503-JSR    Document 61-2    Filed 05/04/26    Page 18 of 18

### Debt Due to Related Parties

#### Beneficient First and Second Lien Credit Agreement

Beneficient's Second Lien Credit Agreement was originally issued to BHI, a Ben Founder Affiliate. "Ben Founder Affiliates" are defined as certain trusts and those entities held by such trusts that are controlled by Ben Founder. During 2019, the Second Lien Credit Agreement was contributed to HCLP and thus, all existing senior loan obligations are held by HCLP as of June 30, 2021 and December 31, 2020.

HCLP is indirectly associated with Ben Founder. Further, an indirect parent entity of HCLP had loans outstanding to Ben Founder Affiliates as of December 31, 2020.

| No. | Def. Ex. | Form | Description |
|---|---|---|---|
| 3 | 441 | GWG 06/30/21 Form 10-Q | **HCLP is indirectly associated with Ben Founder.**<br><br>**An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates.** |
| 4 | 443 | GWG 09/30/21 Form 10-Q | **HCLP is indirectly associated with Ben Founder.**<br><br>**An indirect parent of HCLP has loans outstanding to BEN Founder Affiliates.** |