# EXHIBIT A

# GWG HOLDINGS, INC

## MEETING OF THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS

## DECEMBER 29, 2019

---

A meeting of the Special Committee (the "*Committee*") of the Board of Directors of **GWG HOLDINGS, INC.**, a Delaware corporation (the "*Company*"), was convened and held by teleconference, commencing at approximately 3:45 p.m. Central Time, on December 29, 2019. Members of the Committee present at the meeting were Kathleen Mason and David Chavenson, constituting all members of the Committee. In addition, present at the meeting by invitation of the Committee was Evan Stone of Foley and Lardner LLP ("*Foley*") and Chad Rucker of Valuation Research Corporation ("*VRC*"). Mr. Stone served as secretary of the meeting.

The purpose of the meeting was to discuss the Committee's two calls with The Beneficient Company Group, L.P., ("*BEN*" and together with its affiliates other than the Company and its wholly owned subsidiaries, the "*BEN Group*") from earlier in the day regarding the proposed valuation of NPC-A interests ("*NPC-A*") of Beneficient Company Holdings LP ("*BCH*") in connection with certain proposed "Interim SITA" transactions between the Company and BEN to be effected prior to year-end (the "*Transactions*"). The group discussed the purpose of the calls with BEN and the Company's management team was to bridge the methodological gap between the valuation reports prepared by Ankura, a financial adviser engaged by BEN, and the valuation reports prepared by VRC, the financial adviser engaged by the Committee analyzing the value of BEN, the Company, the NPC-A and the common equity of BEN. The group discussed how VRC viewed accounting for the costs to the Company to grow BEN's business, including the costs of additional equity issuances for BEN products and additional potential cash infusions. The Committee further discussed that it proposed to BEN the $1 billion dollar valuation and noted the importance of movement in BEN's valuation. After noting that BEN seemed to be less flexible on the latest calls regarding valuation, the Committee directed Foley and VRC to call BEN representatives to stress the importance of some movement in BEN's valuation.

Foley then re-reviewed with the Committee the duties of the directors, including the Committee, and the role of the advice of professional advisors, and stressed that the Committee's approval process could take into account a variety of factors. Foley presented a high-level summary of such factors, including (i) the benefits the Committee believed would be received by the Company in obtaining greater control of BEN, (ii) the benefits of the financial consolidation of the Company and BEN including improving debt capacity, which ultimately would improve Company liquidity, and providing greater transparency with respect to the BEN Group to the Company shareholders through financial reporting, (iii) the benefits of improving the financial profile of the BEN Group, which would improve its long term health and sustainability and support its chances to obtain a trust company charter which would enable the BEN Group to expand its business and (iv) the risks to the Company if it did not enter into the Transactions, including risks that if the contemplated transactions did not occur then the Company (including the failure to satisfy obligations) there would likely be an meaningful adverse impact on BEN, including

Subject to FRE 502(d) and Protective Order

FSC0000635
USAO_REL_01_03331629

possibly causing a violation of certain financial covenants under the indenture governing its L Bonds.

Mr. Stone then led a brief discussion on the deliverables and responsibilities of the various parties at the meeting. The Committee directed Foley to request any remaining diligence items and documents for review.

There being no further business to come before the meeting, on motion duly made and seconded, the meeting was adjourned at approximately 5:15 p.m. Central Time.

_____

Evan Stone, Secretary of the Meeting

Subject to FRE 502(d) and Protective Order

FSC0000636
USAO_REL_01_03331630