# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>GWG HOLDINGS, INC., *et al.*[1]<br><br>  Debtors.<br><hr><br>MICHAEL I. GOLDBERG, as Trustee of the GWG LITIGATION TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>FOLEY & LARDNER LLP,<br><br>  Defendant. | Chapter 11<br><br>Case No. 22-90032 (MI) (Jointly Administered)<br><br><br><br><br>Adv. Pro. No. _____ |

## **COMPLAINT**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GWG Holdings, Inc. (2607); GWG Life, LLC (6955); GWG Life USA, LLC (5538); GWG DLP Funding IV, LLC (2589); GWG DLP Funding VI, LLC (6955); and GWG DLP Funding Holdings VI, LLC (6955). The location of Debtor GWG Holdings, Inc.'s principal place of business and the Debtors' service address is 325 N. St. Paul Street, Suite 2650 Dallas, TX 75201. Further information regarding the Debtors and these chapter 11 cases is available at the website of the Debtors' claims and noticing agent: https://donlinrecano.com/gwg.