UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

BRADLEY HEPPNER,

Defendant.

---

25 Cr. 503 (JSR)

## VERDICT

As to **Count One**, securities fraud, we the jury find the defendant, Bradley Heppner:

☒ Guilty

☐ Not Guilty

As to **Count Two**, wire fraud, we the jury find the defendant, Bradley Heppner:

☒ Guilty

☐ Not Guilty

As to **Count Three**, conspiracy to commit securities fraud and wire fraud, we the jury find the defendant, Bradley Heppner:

☒ Guilty

☐ Not Guilty

1

If you find the defendant guilty of Count Three, please indicate below whether you find the defendant guilty of conspiracy to commit securities fraud, conspiracy to commit wire fraud, or both. If you find the defendant not guilty of Count Three, skip these questions and proceed to Count Four.

[X] Conspiracy to Commit Securities Fraud

[X] Conspiracy to Commit Wire Fraud

As to **Count Four**, making a false statement to an auditor, we the jury find the defendant, Bradley Heppner:

[X] Guilty

[ ] Not Guilty

Dated: 5/7/26

_____
Foreperson

2