UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br>Defendant. | No. 1:25-CR-00503-JSR |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion for a Judgment of Acquittal or for a New Trial, the undersigned will move this Court, before the Honorable Jed. S. Rakoff, in the Southern District of New York, for an Order granting Defendant's Motion for a Judgment of Acquittal, pursuant to Federal Rule of Criminal Procedure 29(c). In the alternative, the undersigned will move this Court for an Order granting Defendant's Motion for a New Trial, pursuant to Federal Rule of Criminal Procedure 33.

Respectfully submitted,

Dated: June 22, 2026 By: */s/ Benjamin A. O'Neil*


Benjamin A. O'Neil
Robert Zink
John ("Fritz") Scanlon
Clare Reardon
Nithya Pathalam
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20005
(202) 538-8151
benoneil@quinnemanuel.com
robertzink@quinnemanuel.com
fritzscanlon@quinnemanuel.com
clarereardon@quinnemanuel.com
nithyapathalam@quinnemanuel.com

Christopher J. Clore
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
christopherclore@quinnemanuel.com

*Counsel for Defendant Bradley Heppner*