UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY HEPPNER,<br><br>                     Defendant. | No. 1:25-CR-00503-JSR |

## **PROPOSED ORDER**

On June 22, 2026, Defendant Bradley Heppner, pursuant to Rule 14 of the Individual Rules of Practice of the Honorable Jed S. Rakoff, sought the Court's permission to file certain exhibits to Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, or for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 under seal. Upon review and for good cause shown, the Court hereby grants Defendant's request.

IT IS HEREBY ORDERED that Defendant's request to file exhibits under seal is GRANTED. Defendant is permitted to file exhibits A – AF to his Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, or for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 under seal.

SO ORDERED.

New York, NY
June 24 , 2026

_____
Hon. Jed S. Rakoff